UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                       Case No. 14-10369
                                       Hon. Gerald E. Rosen
                                       Magistrate Judge Michael Hluchaniuk

EARL SYLVESTER,

       Defendant.

_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

                    At a session of said Court, held in
                  the U.S. Courthouse, Detroit, Michigan
                  on         February 9, 2015       

                PRESENT:  Honorable Gerald E. Rosen
                                   Chief Judge, United States District Court

On January 8, 2015, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation ("R & R") recommending (i) that the Court grant the Plaintiff United States of America's motion for summary judgment as to its claim against Defendant Earl Sylvester and for dismissal of the counterclaim filed by the *pro se* Defendant against Plaintiff, and (ii) that the Court deny Defendant's motion for summary judgment as to his counterclaim. No objections have been filed to the R & R, and the 14-day deadline for doing so has passed. Upon reviewing the R & R, the parties' underlying motions, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's January 8, 2015 Report and Recommendation (docket #23) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's May 14, 2014 motion for summary judgment as to its claim against Defendant and for dismissal of Defendant's counterclaim (docket #9) is GRANTED, and that Defendant's June 20, 2014 motion for summary judgment (docket #13) is DENIED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  February 9, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2015, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135